## Commonwealth ex rel. Santangelo *v.* Stec, Appellant.

Argued June 14, 1974. *Elliott D. Goldberg,* with him *Ronald J. Examitas,* and *Weiss, Freeman & Goldberg,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, for appellee.

Order affirmed; petition for reargument refused August 16, 1974.

HOFFMAN, J., did not participate in the consideration or decision of this case.

## Dale, Appellant, *v.* Wave Energy Systems, Inc., et al.

Argued June 13, 1974. *Guy T. Matthews,* with him *White and Matthews,* for appellant; *Andrew L. Braunfeld,* with him *Frank N. Gallagher,* and *Waters, Fleer, Cooper & Gallagher,* for appellees.

Order affirmed.

## Devgan *v.* Herberg, et al., Appellants.

Argued June 14, 1974. *A. Grant Sprecher,* with him *Thomas G. Peoples,* and *Obermayer, Rebmann, Maxwell & Hippel,* for appellants; *Richard A. Behrens,* with him *Patterson, Evey, Routch & Black,* for appellee.

Judgment affirmed.